IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALL ASBESTOS CASES | ) | MDL NO. 2-875 |
| | ) | |
| (SEE ATTACHED LIST) | ) | CASE NO. SEE ATTACHED LIST |
| | ) | |
| Plaintiffs | ) | JUDGE EDUARDO C. ROBRENO |
| vs. | ) | |
| | ) | |
| A-C PRODUCTS LIABILITY TRUST, et al. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Beth A. Sebaugh of the law firm of Bonezzi, Switzer Murphy Polito & Hupp Co. L.P.A. is entering her appearance as counsel for Defendant Crown Cork & Seal Company, Inc. in the above-captioned cases. This appearance constitutes:

(1) A denial of all averments of fact in the Plaintiff's Complaint and/or Amended Complaint; and

(2) An assertion of all applicable affirmative defenses, as if fully set forth herein.

Respectfully submitted,

/s/ Beth A. Sebaugh
BETH A. SEBAUGH (0008518)
Bonezzi Switzer Murphy Polito & Hupp Co. L.P.A.
1300 East 9th Street, Suite 1950
Cleveland, Ohio 44114
Phone (216) 875-2767
Fax (216) 875-1570
Email bsebaugh@bsmph.com
*Attorney for Defendant*
*Crown Cork & Seal Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Beth A. Sebaugh*
BETH A. SEBAUGH   (0008518)
*Attorney for Defendant*
*Crown Cork & Seal Company, Inc.*

| Case Number | Plaintiff Last Name | Plaintiff First Name |
|---|---|---|
| 1:11-CV-32603 | BLIGH | WILLIAM |
| 1:11-CV-32604 | PRIBILA | JOHN |
| 1:11-CV-32606 | DENYKO | JOHN |
| 1:11-CV-32607 | QUINN | JAMES |
| 1:11-CV-32608 | MATULEWICZ | BERNARD M. |
| 2:11-CV-11399 | FADEK | MURRAY |
| 2:11-CV-32507 | BAILEY, JR. | ALFRED B. |
| 2:11-CV-32508 | CYPRIAN | JOHN |
| 2:11-CV-32509 | CRAIGE | VIRGIL |
| 2:11-CV-32510 | REA | HARRY |
| 2:11-CV-32511 | OBREGON-CALEZ | ANTONIO |
| 2:11-CV-32512 | TRUMAN | CHARLES |
| 2:11-CV-32513 | MCKINNEY | ROY |
| 2:11-CV-32514 | COLLINS | LEANDER |
| 2:11-CV-32515 | FRAZER | ALBERT |
| 2:11-CV-32516 | CEDOTAL, JR. | CLAUDE |
| 2:11-CV-32517 | BOYLE | HARLAN |
| 2:11-CV-32518 | BORG | EDWARD |
| 2:11-CV-32520 | PIOTROWSKI | FRED G. |
| 2:11-CV-32521 | MOUTON | ANTHONY |
| 2:11-CV-32522 | MCLAUGHLIN | WILLIE |
| 2:11-CV-32523 | PAYNE | DENNIS |
| 2:11-CV-32524 | WINNIE | JOHN |
| 2:11-CV-32525 | CREWS | ROBERT H. |
| 2:11-CV-32526 | GREEN | JIMMY W. |
| 2:11-CV-32527 | DONOHUE | MICHAEL J. |
| 2:11-CV-32528 | HOLLINGER | ALAN E. |
| 2:11-CV-32529 | HOWARD | WILLIE |
| 2:11-CV-32530 | CASTRO | CANDIDO |
| 2:11-CV-32531 | KONTNY | ROBERT |
| 2:11-CV-32532 | VAZQUEZ | PABLO |
| 2:11-CV-32533 | DAMS, JR. | FREDERICK |
| 2:11-CV-32534 | PEARMAN | BERNARD M. |
| 2:11-CV-32535 | LIVRAMENTO | ARTHUR |
| 2:11-CV-32536 | RICE | OSCAR B. |
| 2:11-CV-32537 | MOUSETIS | HARRY |
| 2:11-CV-32538 | JACKSON | JAMES |
| 2:11-CV-32539 | WRIGHT | JAMES |
| 2:11-CV-32540 | HURLSTON | JOHN |
| 2:11-CV-32541 | DELMONICO | RICHARD |
| 2:11-CV-32542 | GRAY | WILLIAM |
| 2:11-CV-32544 | CROSBIE | LAWRENCE |
| 2:11-CV-32545 | GARCIA | CRISTOBAL |
| 2:11-CV-32546 | VAUGHN | ERNEST C. |
| 2:11-CV-32547 | ETTL | THEODORE |
| 2:11-CV-32548 | SHORT, SR. | JOSEPH |
| 2:11-CV-32549 | WEBBER | KENNETH |
| 2:11-CV-32550 | CLAIRVEAUX | PARKER V. |
| 2:11-CV-32551 | JARMON | JARVIS |
| 2:11-CV-32552 | PLATNER | JAMES |
| 2:11-CV-32553 | DIFULCO | LUKE |

| Case Number | Last Name | First Name |
|---|---|---|
| 2:11-CV-32554 | HARDIMAN | ROBERT L. |
| 2:11-CV-32555 | DAVIS | JACK C. |
| 2:11-CV-32556 | SCOTT | MARVIN S. |
| 2:11-CV-32557 | WILKINS | JAMES |
| 2:11-CV-32558 | PEREZ | ALBERT |
| 2:11-CV-32559 | HEIN | WILLIAM |
| 2:11-CV-32560 | STEPTOE, JR. | JESSIE |
| 2:11-CV-32561 | RICHARDSON | ALEX L. |
| 2:11-CV-32562 | DEL GARDO | DAVID |
| 2:11-CV-32563 | CHAPMAN | SILTON |
| 2:11-CV-32564 | STRASSER | JAMES |
| 2:11-CV-32566 | FLOWERS | WILLIAM S. |
| 2:11-CV-32567 | MOREHOUSE, II | ALANSON |
| 2:11-CV-32568 | DIETDERICH | ROBERT P. |
| 2:11-CV-32569 | YOUNG | EDGAR F. |
| 2:11-CV-32570 | HILL | KARL B. |
| 2:11-CV-32571 | JARRETT | JACK |
| 2:11-CV-32572 | STRUCK | DANIEL |
| 2:11-CV-32573 | FLOWERS | LUIS H. |
| 2:11-CV-32574 | BENESH | BENNIE J. |
| 2:11-CV-32576 | VAGIANOS | DEMITRIOS |
| 2:11-CV-32577 | LOZADA | RIVERA |
| 2:11-CV-32578 | ESTES | DAVE |
| 2:11-CV-32579 | BOURBON | LAWRENCE |
| 2:11-CV-32580 | MARTINEZ | CONCEPTION |
| 2:11-CV-32581 | GUARNELO | PHILIPE |
| 2:11-CV-32582 | DUNLAP, JR. | TOM |
| 2:11-CV-32583 | FLORES, JR. | PAULINO |
| 2:11-CV32584 | TIRADO RIVERA | EMERITO |
| 2:11-CV-32585 | HANKS | JOHN E. |
| 2:11-CV-32586 | BRYNER | ALVIN |
| 2:11-CV-32587 | WALKER | CLAUDE |
| 2:11-CV-32588 | HILL | J.D. |
| 2:11-CV-32589 | CASTRO | ALFONSO |
| 2:11-CV-32590 | PAGES | BELGRAVE |
| 2:11-CV-32591 | SHETTLES | MARVIN |
| 2:11-CV-32592 | MOLITOR | RUDOLPH |
| 2:11-CV-32593 | DIXON | JACK V. |
| 2:11-CV-32594 | WOODS | DANIEL |
| 2:11-CV-32595 | WICHERT | ROBERT |
| 2:11-CV-32596 | GUYMON | HERBER |
| 2:11-CV-32597 | OZEN | PERCY |
| 2:11-CV-32598 | GUIDRY | WILSON |
| 2:11-CV-32599 | NASSANS | HAROLD |
| 2:11-CV-32600 | CAUDILL | HUBERT W. |
| 2:11-CV-32601 | INGEBRETSEN | WESLEY K. |
| 2:11-CV-32602 | BARKOSKIE | GEORGE |
| 2:11-CV-32605 | MOREHOUSE | WILLIAM |
| 2:11-CV-32611 | LYNAM | JOHN G. |
| 2:11-CV-32615 | THOMAS | DANIEL J. |
| 2:11-CV-32616 | CASTRO | FERNANDO |
| 2:11-CV-32617 | STORBAKKEN | WALLACE H. |

| | | |
|---|---|---|
| 2:11-CV-32618 | RUSSO | CHARLES L. |
| 2:11-CV-32619 | WRIGHT | HENDERSON |
| 2:11-CV-32620 | IVANO | NICHOLAS |
| 2:11-CV-32621 | HENDRICKS | ALBERT L. |
| 2:11-CV-32623 | COLLINS | JAMES E. |
| 2:11-CV-32627 | WILSON | CHESTER |
| 2:11-CV-32634 | POOLER | WILLIAM |
| 2:11-CV-32635 | MALLARD | OTIS |
| 2:11-CV-32636 | BUREAU | LOUIS C. |
| 2:11-CV-32640 | DOYLE | EDNA M. |
| 2:11-CV-32641 | FITZGERALD | LEWIS J. |
| 2:11-CV-32643 | BURNHAM, SR. | DAVID H. |
| 2:11-CV-32644 | JACKSON | ROY M. |
| 2:11-CV-32646 | El-Hindi | Muhammad S. |
| 2:11-CV-32646 | EL-HINDI | MUHAMMAD S. |
| 2:11-CV-32650 | STUART | RODMAN |
| 2:11-CV-32651 | JOHNSON | CLIFTON |
| 2:11-CV-32653 | GROSSMAN | JACOB A. |
| 2:11-CV-32658 | HARDY | WILLIAM H. |
| 2:11-CV-32660 | BROWN, SR. | ALEXANDER |
| 2:11-CV-32661 | CASE, JR. | SAM |
| 2:11-CV-32662 | KARNS | RONALD |
| 2:11-CV-32665 | JONES, SR. | WILLIS |
| 2:11-CV-32666 | RICHARDS | PAUL |
| 2:11-CV-32667 | KNOPP | LEONARD |
| 2:11-CV-32669 | CROSS | HOMER D. |
| 2:11-CV-32673 | ODOM, SR. | JAMES C. |
| 2:11-CV-32673 | Odom | James |
| 2:11-CV-32675 | HUTCHINSON | FRED T. |
| 2:11-CV-32676 | ROBINSON | JOHN F. |
| 2:11-CV-32677 | MCINTOSH | NORWOOD K. |
| 2:11-CV-32679 | BISE | JAMES E. |
| 2:11-CV-32680 | CRONAN | WILLIAM |
| 2:11-CV-32681 | FREEMAN | ORAS V. |
| 2:11-CV-32684 | SANTIAGO | ISMAEL |
| 2:11-CV-32685 | JARVIS | BILLY R. |
| 2:11-CV-32688 | SCHANDL | FRANK J. |
| 2:11-CV-32692 | FISHER | HARRY M. |
| 2:11-CV-32693 | RAMIREZ | JOSE |
| 2:11-CV-32699 | BRAIN | ROBERT |
| 2:11-CV-32702 | HAMMONS | HARRY L. |
| 2:11-CV-32705 | Ludgood | Glover |
| 2:11-CV-32711 | MOORE | GUY |
| 2:11-CV-32712 | WILSON | JAMES |
| 2:11-CV-32713 | BROWN, JR. | ANDREW J. |
| 2:11-CV-32714 | ABAD | JOSE A. |
| 2:11-CV-32726 | BAKKER | CORNELIUS |
| 2:11-CV-32727 | COLBERT | WALTER |
| 2:11-CV-32729 | PANTOJA, SR. | EVARISTO |
| 2:11-CV-32737 | REED | ROBERT H. |
| 2:11-CV-32738 | RIVERA | HECTOR G. |
| 2:11-CV-32739 | DURETTE | CHARLES J. |

| | | |
|---|---|---|
| 2:11-CV-32739 | DURETTE | CHARLES J. |
| 2:11-CV-32746 | WILLIAMSON | HAROLD L. |
| 2:11-CV-32748 | DEMBO | EDWARD |
| 2:11-CV-32750 | MILLARD | HERBERT A. |
| 2:11-CV-32752 | BOCCHETTI | AUGUST J. |
| 2:11-CV-32754 | MUIR | RUSSELL |
| 2:11-CV-32755 | FILLINGIM, SR. | TOMMY RAY |
| 2:11-CV-32757 | SHANNON | HARRY G. |
| 2:11-CV-32760 | SUMMERS | CHARLES H. |
| 2:11-CV-32762 | WALLACE | JOHN R. |
| 2:11-CV-32764 | TODD | FRED B. |
| 2:11-CV-32765 | SMITH | MOSE D. |
| 2:11-CV-32768 | MCMANUS, SR. | KENNETH Y. |
| 2:11-CV-32774 | SCHROEDER | WILLIAM D. |
| 2:11-CV-32775 | CATALAN | ADOLFO MATTA |
| 2:11-CV-32776 | BRACK | WILLIAM |
| 2:11-CV-32779 | FABIANI | JOSE A. |
| 2:11-CV-32780 | KELLER | JOHN |
| 2:11-CV-32781 | CACERES | LUIS |
| 2:11-CV-32786 | ARCHIE | CHARLES E. |
| 2:11-CV-32787 | AYALA | JUAN |
| 2:11-CV-32788 | COLLEY, JR. | WALTER R. |
| 2:11-CV-32792 | ESHELBY | VERNON |
| 2:11-CV-32793 | WHITAKER | JOHN H. |
| 2:11-CV-32798 | PASSMORE | ANDERSON T. |
| 2:11-CV-32799 | PACHECO | RICARDO |
| 2:11-CV-32801 | YARBROUGH | ERIC E. |
| 2:11-CV-32803 | OSBORN | JOHNNIE W. |
| 2:11-CV-32806 | GROSSNICKLE | WILLIAM |
| 2:11-CV-32809 | EDWARDS | LUCIOUS C. |
| 2:11-CV-32813 | RUMPH | WINSTON W. |
| 2:11-CV-32815 | LONG | LEWIS D. |
| 2:11-CV-32816 | McFall | Raymond E |
| 2:11-CV-32819 | COX | JEREMIAH |
| 2:11-CV-32820 | WINTER | HAROLD J. |
| 2:11-CV-32822 | QUATTRONE | ANTHONY P. |
| 2:11-CV-32823 | FRAZIER | DANIEL F. |
| 2:11-CV-32825 | SILVERMAN, JR. | SAMUEL |
| 2:11-CV-32827 | TEDDER | PAUL |
| 2:11-CV-32828 | SELICO | ALVIN A. |
| 2:11-CV-32830 | RICHARDSON | C.J. |
| 2:11-CV-32831 | RIVERA | MIGUEL |
| 2:11-CV-32835 | GLOVER | HENRY L. |
| 2:11-CV-32837 | RATKOVICH | ANTON D. |
| 2:11-CV-32843 | HARPER | ROMAN V. |
| 2:11-CV-32844 | GOMES | JOSE M. |
| 2:11-CV-32845 | KRUSZYNSKI | JOSEPH |
| 2:11-CV-32845 | KRUSZYNSKI | JOSEPH |
| 2:11-CV-32848 | LASTER | HORACE |
| 2:11-CV-32853 | JOHNSON | FRED D. |
| 2:11-CV-32858 | CHASE | RUFUS |
| 2:11-CV-32859 | COLLINS | DONALD R. |

| | | |
|---|---|---|
| 2:11-CV-32861 | WELLS, JR. | ANDREW W. |
| 2:11-CV-32863 | KAVANAUGH | MORGAN |
| 2:11-CV-32864 | MEDINA, SR. | DAVID |
| 2:11-CV-32868 | SINGLETON | JAMES E. |
| 2:11-CV-32869 | MAKER | JAMES |
| 2:11-CV-32870 | HOLMES | ORVILLE R. |
| 2:11-CV-32871 | POPE | JEROME W. |
| 2:11-CV-32872 | RENNIE | JOHN A. |
| 2:11-CV-32879 | PENIARANDA | FELIMON |
| 2:11-CV-32883 | DODD | RUBEL R. |
| 2:11-CV-32884 | KEYS, JR. | DANIEL |
| 2:11-CV-32885 | CRESPO | FERNANDO A. |
| 2:11-CV-32888 | TODD | JEREMIAH |
| 2:11-CV-32889 | BASLER | ROBERT |
| 2:11-CV-32891 | FARRELL | WILLIAM E. |
| 2:11-CV-32892 | MISAK | CHARLES |
| 2:11-CV-32893 | Garay | Peter |
| 2:11-CV-32893 | GARAY | PETER J. |
| 2:11-CV-32899 | AL-AMMARI | KAID A. |
| 2:11-CV-32900 | CAWTHORNE | BOBBY W. |
| 2:11-CV-32902 | MURPHY | LEONARD |
| 2:11-CV-32904 | MEDINA | GUILLERMO M. |
| 2:11-CV-32906 | SMITH | STANLEY E. |
| 2:11-CV-32909 | COOK | WILLIAM A. |
| 2:11-CV-32912 | MATTHEWS | JAMES |
| 2:11-CV-32915 | ZEIDEL | ALVIN |
| 2:11-CV-32917 | MARVIN | SPRAWLIN |
| 2:11-CV-32929 | PORTILLO | FRANCISCO |
| 2:11-CV-32931 | BLAKE | JEWEL D. |
| 2:11-CV-32939 | Frazier | James H |
| 2:11-CV-32943 | BRUCE | CHARLES |
| 2:11-CV-32946 | CLIFFORD | LAWRENCE W. |
| 2:11-CV-32955 | WILERSON, SR. | JOE MURRY |
| 2:11-CV-32958 | RICH, JR. | GEORGE W. |
| 2:11-CV-32967 | MATHEWS | JOHN M. |
| 2:11-CV-32972 | HIGGINS | WILLIAM |
| 2:11-CV-32975 | PAPEZ | FRANK R. |
| 2:11-CV-32976 | Moody | Joe T. |
| 2:11-CV-32978 | BAIRD | WILLIAM |
| 2:11-CV-32978 | BAIRD | WILLIAM |
| 2:11-CV-32980 | SANCHEZ | JULIO |
| 2:11-CV-32984 | KEMPTON | BENJAMIN |
| 2:11-CV-32988 | WROTON, JR. | NORMAN E. |
| 2:11-CV-32990 | MITCHELL | WILLIE J. |
| 2:11-CV-32992 | HENDERSON | EDWARD K. |
| 2:11-CV-32993 | PRYOR | CLARENCE E. |
| 2:11-CV-32995 | EDWARDS | RICHMON H. |
| 2:11-CV-32997 | RIVERS | CHARLES |
| 2:11-CV-32999 | BASLEY | HOWARD J. |
| 2:11-CV-33001 | FOY | CLEM M. |
| 2:11-CV-33002 | BLANCO | BIENVENIDO |
| 2:11-CV-33009 | RODRIGUEZ - DIAZ | MIGUEL |

| | | |
|---|---|---|
| 2:11-CV-33011 | HURST | BESSIE H. |
| 2:11-CV-33013 | HILL | JOHN D. |
| 2:11-CV-33015 | WILSON | GERALD C. |
| 2:11-CV-33017 | HILL | CLAIR S. |
| 2:11-CV-33021 | TRAYNOR | JOHN F. |
| 2:11-CV-33023 | COHEN | ISRAEL |
| 2:11-CV-33025 | Bader | Bernard |
| 2:11-CV-33027 | LAGUANA | JUAN S. |
| 2:11-CV-33029 | DILLON | HOMER C. |
| 2:11-CV-33031 | HERNANDEZ | ANA MARIE |
| 2:11-CV-33032 | Watford | Roy A. |
| 2:11-CV-33034 | Daniels | Charlie |
| 2:11-CV-33036 | WHITE | JOHN J. |
| 2:11-CV-33047 | GILLIKIN | CHARLES O. |
| 2:11-CV-33055 | PURDY | OLLIE |
| 2:11-CV-33058 | RULEY | EDWARD C. |
| 2:11-CV-33060 | RANDSBORG | HAKON T. |
| 2:11-CV-33066 | LUGO | MARCIAL |
| 2:11-CV-33068 | LOPEZ | ANASTACIO |
| 2:11-CV-33070 | HOLLOWAY | JIMMIE L. |
| 2:11-CV-33078 | WILLIAMS | RICHARD G. |
| 2:11-CV-33081 | VAZQUEZ | AGAPITO |
| 2:11-CV-33082 | MARTINEZ | PABLO J. |
| 2:11-CV-33088 | FRANKLIN | LEVI |
| 2:11-CV-33090 | CONSTANCE | ANGELO H. |
| 2:11-CV-33091 | BADGER | JOYCE L. |
| 2:11-CV-33091 | BADGER | JOYCE L. |
| 2:11-CV-33093 | MCMANUS, SR. | VICTOR C. |
| 2:11-CV-33103 | RIVERS | HAMAN L. |
| 2:11-CV-33105 | AHMED | ABDULLAH B. |
| 2:11-CV-33107 | YUEN | SING Z. |
| 2:11-CV-33109 | OSWALD | STEVE |
| 2:11-CV-33111 | Cravey | Wayne |
| 2:11-CV-33115 | MACKIE | ARCHIBALD |
| 2:11-CV-33116 | BIASI | JOSEPEH |
| 2:11-CV-33119 | KALMBACH | CHARLES |
| 2:11-CV-33120 | STEWART | DANIEL A. |
| 2:11-CV-33122 | VIDAILLET | CRISTOBAL |
| 2:11-CV-33123 | PORTER | HERBERT L. |
| 2:11-CV-33125 | KUHL | VINCENT S. |
| 2:11-CV-33127 | CHATTOM | HERBERT |
| 2:11-CV-33131 | BRANTLEY | JOHN M. |
| 2:11-CV-33131 | HUGHES | MONZELLA |
| 2:11-CV-33132 | PRIDGEN | ROBERT |
| 2:11-CV-33139 | Holm | Carl N. |
| 2:11-CV-33141 | YGLESIAS | RAUL |
| 2:11-CV-33143 | WILLIAMS | MCLEARY |
| 2:11-CV-33144 | LOWTHER | ROY |
| 2:11-CV-33145 | KASPER | HENRY |
| 2:11-CV-33146 | MOORE | JOHN D. |
| 2:11-CV-33148 | POLONIS | MICHAEL |
| 2:11-CV-33149 | BARONI | ANTHONY J. |

| 2:11-CV-33152 | POMPEY | JOHN D. |
|---|---|---|
| 2:11-CV-33155 | PRICE | CLYDE L. |
| 2:11-CV-33156 | BYRD, JR. | GRADY |
| 2:11-CV-33159 | BISHOP | GRAHAM |
| 2:11-CV-33160 | WEBSTER, JR. | ENOCH |
| 2:11-CV-33161 | TASGAL | ISRAEL |
| 2:11-CV-33162 | VAZQUEZ - RIOS | ALFRED |
| 2:11-CV-33163 | PINHEIRO | HILDEBRANDO |
| 2:11-CV-33164 | DALY | ROBERT |
| 2:11-CV-33165 | SUTHERLAND | ARTHUR |
| 2:11-CV-33166 | HARRIS | WALTER |
| 2:11-CV-33167 | WILLIS | ALBERT L. |
| 2:11-CV-33169 | FERNANDEZ | EDWARD |
| 2:11-CV-33170 | BRIN | ALEXANDER |
| 2:11-CV-33171 | BELL | GRANVILLE K. |
| 2:11-CV-33174 | THRASHER | GUY M. |
| 2:11-CV-33175 | MURRAH | THEODORE |
| 2:11-CV-33177 | BUSH | WILLIAM J. |
| 2:11-CV-33178 | CRAIG | PAUL H. |
| 2:11-CV-33179 | MEALEY | ERNEST G. |
| 2:11-CV-33180 | FREEMAN | RICHARD F. |
| 2:11-CV-33182 | HADSOCK | PARNELL |
| 2:11-CV-33183 | STOWERS | WILBERT E. |
| 2:11-CV-33184 | FAGAN | LAWRENCE G. |
| 2:11-CV-33188 | WEAVER | JAMES D. |
| 2:11-CV-33196 | Kim | John |
| 2:11-CV-33197 | CHANG | EUGENE |
| 2:11-CV-33201 | JOHNSON | WILLIE H. |
| 2:11-CV-33203 | NEWHOUSE | WILLIAM H. |
| 2:11-CV-33205 | WALTON, JR. | SAMUEL D. |
| 2:11-CV-33206 | BROWN | ISIAH E. |
| 2:11-CV-33207 | WAYNE | RICHARD |
| 2:11-CV-33208 | RUIZ | RONALD |
| 2:11-CV-33209 | WEISS | BERNARD L. |
| 2:11-CV-33212 | GROTH | ROBERT C. |
| 2:11-CV-33214 | HIGGINS, JR. | MARTIN B. |
| 2:11-CV-33221 | STOKES | EMBRI |
| 2:11-CV-33225 | Phillips | James A. |
| 2:11-CV-33229 | RICE | CARL W. |
| 2:11-CV-33233 | REED | SAMUEL A. |
| 2:11-CV-33235 | PHILLIPS | NORRIS |
| 2:11-CV-33236 | FADEK | MURRAY |
| 2:11-CV-33238 | CONCEPTION | HELEN |
| 2:11-CV-33240 | LINSCOMB | SIMUL D. |
| 2:11-CV-33242 | BLANCHETTE | CHARLES |
| 2:11-CV-33243 | WILBURN | GEORGE W. |
| 2:11-CV-33246 | YUSKIN | JOHN M. |
| 2:11-CV-33247 | KORBAR | RALPH |
| 2:11-CV-33249 | KLARSTROM | LARRY J. |
| 2:11-CV-33253 | JACKSON | ALGIE |
| 2:11-CV-33254 | SINGLETON | CHARLES E. |
| 2:11-CV-33255 | HORTON | RONALD |

| | | |
|---|---|---|
| 2:11-CV-33256 | ROBBINS | FREDERICK |
| 2:11-CV-33257 | CHRISTY | EDDIE J. |
| 2:11-CV-33258 | MATTI | GERALD |
| 2:11-CV-33260 | HAYNES, SR. | LEROY |
| 2:11-CV-33261 | SWINGLE | KENNETH |
| 2:11-CV-33262 | DIGGS | WILLIAM E. |
| 2:11-CV-33265 | Velez | Ramon |
| 2:11-CV-33266 | LEWIS | JAMES A. |
| 2:11-CV-33267 | LEWIS | FLENALL |
| 2:11-CV-33268 | PALMER | WILLIAM G. |
| 2:11-CV-33269 | LATHAN | CARL |
| 2:11-CV-33270 | BIELICKI | LEONARD |
| 2:11-CV-33270 | BIELICKI | LEONARD |
| 2:11-CV-33271 | WRIGHT | JAMES H. |
| 2:11-CV-33272 | ABREMSKI | MARION |
| 2:11-CV-33273 | KING | WEAVER |
| 2:11-CV-33274 | HAMNER | NICHOLAS |
| 2:11-CV-33275 | CARRINGTON | RICHARD |
| 2:11-CV-33276 | JORDAN | JACK K. |
| 2:11-CV-33278 | CHAPMAN | O.C. |
| 2:11-CV-33280 | LOFTIN | SAMUEL L. |
| 2:11-CV-33284 | BANKS | RICHARD |
| 2:11-CV-33285 | NICHOLAS | STEPHEN |
| 2:11-CV-33286 | RIVERIA | JOSE |
| 2:11-CV-33287 | NAVARRO | ABELARDO |
| 2:11-CV-33288 | CONNORS | ROBERT |
| 2:11-CV-33289 | SHEPHARD | JOHN K. |
| 2:11-CV-33290 | JOHNSON | ALPHONSE |
| 2:11-CV-33291 | PACE | LORENZO |
| 2:11-CV-33292 | BEM | JOEL |
| 2:11-CV-33293 | MILLER | HERBERT |
| 2:11-CV-33294 | JONES | EARL |
| 2:11-CV-33295 | Maher | Charles |
| 2:11-CV-33303 | CLARK | TERRILL G. |
| 2:11-CV-33305 | NORGAN | FRANKLIN |
| 2:11-CV-33305 | QUINLAN | EUGENE |
| 2:11-CV-33306 | SYPNIEWSKI | JOHN A. |
| 2:11-CV-33307 | MONTGOMERY | WINFRED F. |
| 2:11-CV-33308 | D'GUERRA | ANTHONY |
| 2:11-CV-33309 | BURNS | CHARLES R. |
| 2:11-CV-33314 | Martin | Robert |
| 2:11-CV-33315 | EDWARDS | WALTER |
| 2:11-CV-33317 | STULLIVAN | IKE |
| 2:11-CV-33319 | NEVES | CHRISTANO |
| 2:11-CV-33320 | PHILLIPS | AARON N. |
| 2:11-CV-33322 | GONZALEZ | ENRIQUE |
| 2:11-CV-33325 | GRANT | STEPHEN |
| 2:11-CV-33326 | DITTMAN | EARL C. |
| 2:11-CV-33334 | MEADE | DONALD |
| 2:11-CV-33335 | FREDERICK | FRANK R. |
| 2:11-CV-33337 | FUNCK, SR. | SIDNEY P. |
| 2:11-CV-33339 | VENNING | JAMES M. |

| | | |
|---|---|---|
| 2:11-CV-33341 | MARTINEZ | LUIS |
| 2:11-CV-33343 | GARDEMAL | LEONARD |
| 2:11-CV-33344 | REEVES | CURTIS L. |
| 2:11-CV-33346 | RATLIFF | J.W. |
| 2:11-CV-33348 | RICHARDSON | JOHNNY |
| 2:11-CV-33353 | WAGNER | CALVIN K. |
| 2:11-CV-33355 | KELLER | MARSHALL W. |
| 2:11-CV-33358 | FERNANDEZ | CHARLES L. |
| 2:11-CV-33360 | PUERTO | MIGUEL A. |
| 2:11-CV-33361 | HARRIS | WILLIE S. |
| 2:11-CV-33362 | Brennan | William |
| 2:11-CV-33363 | GLOVER | CLARENCE |
| 2:11-CV-33364 | PEOPLES | BILLIE |
| 2:11-CV-33365 | HARRIS | ERNEST L. |
| 2:11-CV-33366 | RUCKER | BENJAMIN |
| 2:11-CV-33368 | BELVIN | ROBERT |
| 2:11-CV-33371 | VAN WINKLE | PAUL J. |
| 211-cv-33349 | STANKIEWICZ | ALFRED J. |