IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Asbestos Products Liability Litigation (No.: VI) <br><br> MARDOC | Consolidated Under <br> MDL DOCKET NO. 875 <br> 02-cv-875 |

**FILED**
AUG 24 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT WATTER'S MARINE INC.

Pursuant to the July 26, 2011 Order of Magistrate Judge Hey, please enter the appearance of Mendes & Mount, LLP, as counsel for Defendant, Watter's Marine Inc., in the matters listed on the attached Schedule A.

Defendant does not waive or limit any right or defense it may have, and expressly reserves all such rights.

Dated: August 19, 2011

MENDES & MOUNT, LLP
By Counsel:

_____
John M. Deitch, Esq.
Mendes & Mount, LLP
One Newark Center, 19th Fl.
Newark, New Jersey 07102
(973) 639-7300

# SCHEDULE A

| Plaintiff | E.D. PA Case No. | Defendant |
|---|---|---|
| Alves, Jose | 11-31223 | Watter's Marine Inc. |
| Barnett, Jay W | 11-30125 | Watter's Marine Inc. |
| Bocchetti, August J | 11-32752 | Watter's Marine Inc. |
| Campos, Manuel S | 11-31053 | Watter's Marine Inc. |
| Davis, John B | 11-30337 | Watter's Marine Inc. |
| El-Hindi, Muhammad S | 11-32646 | Watter's Marine Inc. |
| Foster, Stephen H | 11-32079 | Watter's Marine Inc. |
| Frazier, Louis J | 11-31440 | Watter's Marine Inc. |
| Hart, Francis J | 11-31629 | Watter's Marine Inc. |
| Ingebretsen, Wesley K | 11-32601 | Watter's Marine Inc. |
| Klinger, Richard J | 11-33662 | Watter's Marine Inc. |
| Le Prevost, Brian P | 11-32219 | Watter's Marine Inc. |
| O'Halloran, Kenneth R | 11-30568 | Watter's Marine Inc. |
| Pearson, Edward W | 11-31185 | Watter's Marine Inc. |
| Price, Clyde L | 11-33155 | Watter's Marine Inc. |
| Reynolds, Anthony F | 11-31850 | Watter's Marine Inc. |
| Skinner, George W | 11-31006 | Watter's Marine Inc. |
| Sowden, Eugene | 11-31077 | Watter's Marine Inc. |
| Stewart, Marlyn D | 11-30753 | Watter's Marine Inc. |
| Todalin, Aaron | 11-31085 | Watter's Marine Inc. |
| Tucker, Daniel L | 11-30789 | Watter's Marine Inc. |
| Wanner, Jacob | 11-31099 | Watter's Marine Inc. |