UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS } <br> LIABILITY LITIGATION (No. VI) } <br> } | MDL DOCKET NO. 2-875 <br> Maritime Docket (MARDOC) |

This Document RELATES TO:

| | |
|---|---|
| **August J. Bocchetti,** } <br> **Plaintiff,** } <br> v. } <br> } <br> **AMERICAN PRESIDENT LINES LTD. et al.,** } <br> **Defendants.** } | Case No. 2:11CV32752 |

## NOTICE OF APPEARANCE

Georgia-Pacific Consumer Products LP, successor-in-interest to certain assets and liabilities of Fort James Operating Company and incorrectly named in Plaintiff's Complaint as Crown Zellerbach Corporation ("Defendant" or "Georgia-Pacific Consumer Products LP"), hereby enters an appearance in the above-captioned matter. This appearance constitutes:

1)   a denial of all averments of fact in Plaintiff's Complaint and/or Amended Complaint; and

2)   an assertion of all applicable affirmative defenses, as if fully set forth herein.

Respectfully Submitted,

/s  Jeffrey F. Starling
Jeffrey F. Starling (VA Bar No. 65986)
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, Virginia 23219
Phone: (804) 775-4388
Fax: (804) 698-2046
Email: jstarling@mcguirewoods.com
*Attorney for Georgia-Pacific Consumer Products LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2011, a copy of the foregoing Notice of Appearance has been served via ECF upon all counsel of record in the Court's electronic filing system.

/s  Jeffrey F. Starling

\33180567.1